[No. 40287-1-I.    Division One.    May 17, 1999.]

JIJ CORPORATION, *Respondent*, v. YAMATO DEVELOPMENT CANADA, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-01969-7, Steven J. Mura, J., entered February 18, 1997. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.

[No. 44329-1-I.    Division One.    September 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD H. ADLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-07343-0, Julie Spector, J. Pro Tem., entered March 8, 1999. *Reversed* by unpublished per curiam opinion.

[No. 42570-6-I.    Division One.    November 22, 1999.]

*In the Matter of the Personal Restraint of* RAYMOND MCVAY, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Webster, J., concurred in by Cox and Appelwick, JJ. Now published at 99 Wn. App. 502.

[No. 43899-9-I.    Division One.    November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.C.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05884-8, Patricia Clark and John M. Darrah, JJ., entered December 3, 1998. *Reversed* by unpublished per curiam opinion.